**Order filed September 5, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00442-CV
_____

## PAUL STEVEN JACOBS, Appellant

## V.

## MELISSA ELLEN FIELDS JACOBS, Appellee

---

**On Appeal from the 308th District Court
Harris County, Texas
Trial Court Cause No. 2011-14576A**

---

# O R D E R

This is an appeal from a judgment signed April 10, 2013. . The notice of appeal was due May 10, 2013. *See* Tex. R. App. P. 26.1. Appellant, however, filed his notice of appeal on May 24, 2013, a date within 15 days of the due date for the notice of appeal. A motion for extension of time is necessarily implied when the perfecting instrument is filed within fifteen days of its due date. *Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997). Appellant did not file a motion to extend time to file the notice of appeal. While an extension may be implied,

appellant is still obligated to come forward with a reasonable explanation to support the late filing. *See Miller v. Greenpark Surgery Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App.CHouston [14th Dist.] 1998, no pet.).

Accordingly, we **ORDER** appellant to file a proper motion to extend time to file the notice of appeal on or before **10 days** after the date of this order. *See* Tex. R. App. P. 26.3;10.5(b). If appellant does not comply with this order, we will dismiss the appeal. *See* Tex. R. App. P. 42.3.

PER CURIAM